**DISMISS and Opinion Filed November 2, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-01058-CV

## IN RE EVAN JOHNSTON AND ADRIANA AKHTAR, Relators

**Original Proceeding from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-00476**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Partida-Kipness, and Justice Smith
Opinion by Chief Justice Burns

Before the Court is relators' motion to dismiss their mandamus petition.

Relators state the controversy described in their mandamus petition—a dispute over discovery matters—has been mooted by the trial court's final summary judgment order disposing of their claims. *See In re Alexis*, No. 05-97-01916-CV, 1998 WL 564933, at *1 (Tex. App.—Dallas Sept. 8, 1998, orig. proceeding) (not designated for publication) ("The entry of final judgment renders this mandamus dispute over pre-trial discovery motions moot."). Therefore, relators move to dismiss their pending petition for mandamus relief.

We grant relators' motion and dismiss this original proceeding.

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

221058F.P05